

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00014-CV

| | | |
|---|---|---|
| In re S.T. | § | Original Proceeding |
| | § | From the 233rd District Court |
| | § | of Tarrant County (233-553020-14) |
| | § | June 12, 2015 |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the petition for writ of mandamus filed by relator S.T. We conditionally grant the relief requested in relator's petition. We order the trial court to (1) vacate its order denying S.T. summary judgment on his declaratory judgment claim that Husband's suit to rebut the presumption of his paternity of the child and to adjudicate S.T.'s paternity of the child is barred by limitations and (2) render summary judgment for S.T. on his claims. We also order the trial court to delete the following from the agreed Order of Stipulations:

4. Petitioner is not the father of [the child].

5. Petitioner is not the biological father of [the child].

6. Facts exist that conclusively establish Petitioner's right to the relief of being able to challenge his paternity of [the child], pursuant to Texas Family Code Section 160.607(b)(2).

Writ will issue only if respondent fails to comply with this court's order.

It is ordered that real party in interest R.B. shall pay all costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Terrie Livingston
        Chief Justice Terrie Livingston